CITIZENS TRUST COMPANY OF BINGHAMTON, Appellant, v. LEWIS B. MERSELIS and Another, Respondents.— Motion for leave to appeal granted. [See 244 App. Div. 845.] The court hereby certifies that in its opinion a question of law is involved herein which ought to be reviewed by the Court of Appeals. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of HARRY P. FISCHER, Appellant, against VILLAGE OF SARANAC LAKE and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRED ROTHERMEL, Relator, Appellant, v. THOMAS H. MURPHY, as Warden of Clinton Prison, Dannemora, N. Y., Respondent.— Motion for reargument denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Application of CITY BANK FARMERS TRUST COMPANY, as Trustee of the Trusts Established under an Agreement and Declaration of Trust Dated March 26, 1928, Known as THE FARMERS' LOAN AND TRUST COMPANY INVESTMENT FUND (NUMBER 1) for an Order of Certiorari, Petitioner, against MARK GRAVES and Others, as and Constituting the State Tax Commission of the State of New York, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT KEITH, Appellant, v. WALTER N. THAYER, JR., as Commissioner of Correction of the State of New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

ASA CAMP, Respondent, v. LOUISE I. CAMP, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

HELENE JOERGENS, under Limited Letters of Administration, etc., of HOWARD L. JOERGENS, Deceased, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 23536.) — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Application of the BROTHERHOOD OF RAILROAD TRAINMEN, Petitioner, for a Certiorari Order against THE PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK and MILO R. MALTBIE and Others, as Public Service Commissioners of the State of New York, Being Members of Said Commission, and Another, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

ARNOLD G. BOWIE, Appellant, v. ALBERT WIELICH, Defendant; PREMIER MALT PRODUCTS COMPANY and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE HUDSON RIVER CONNECTING RAILROAD CORPORATION, Respondent, Appellant, v. THE STATE TAX COMMISSION, Appellant, Respondent. THE PEOPLE OF THE STATE OF NEW YORK